# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| EAST HILL PROPERTY MANAGEMENT AND WILLIAM C. HUYLER, III, | : | No. 770 MAL 2018 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STEVEN AND ALINA VOLKOVA-BURDA, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.